**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-197**

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
July 21, 2025

---

## Title

    **Title of Work:** Cherub Claw Gold

## Completion/Publication

    **Year of Completion:** 2022
  **Date of 1st Publication:** October 25, 2022
 **Nation of 1st Publication:** United States

## Author

-         **Author:** Winona Irene
    **Author Created:** sculpture
       **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Winona Irene
                                   3235 Chadwick Dr, Los Angeles, CA, 90032, United States

## Certification

             **Name:** Daniel Lachman
              **Date:** May 13, 2025

  **Copyright Office notes:** Basis for Registration: Pictorial and Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

**Registration Number**

# VA 2-458-498

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
August 20, 2025

## Title

**Title of Work:** Goldfish Claw

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 27, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Winona Irene
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Winona Irene
3235 Chadwick Dr, Los Angeles, CA, 90032, United States

## Certification

**Name:** Daniel Lachman
**Date:** May 13, 2025

**Copyright Office notes:** Basis for Registration: Sculptural, pictorial, and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-129

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
June 25, 2025

## Title

| | |
|---|---|
| Title of Work: | Herring Claw |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | December 16, 2021 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Winona Irene |
  | Author Created: | sculpture |
  | Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Winona Irene<br>3235 Chadwick Dr, Los Angeles, CA, 90032, United States |

## Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | May 13, 2025 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Pictorial, Graphic and Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-450-133**

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
June 25, 2025

## Title

 **Title of Work:** Lepus Claw

## Completion/Publication

 **Year of Completion:** 2023
 **Date of 1st Publication:** February 13, 2023
 **Nation of 1st Publication:** United States

## Author

- **Author:** Winona Irene
 **Author Created:** sculpture
 **Citizen of:** United States

## Copyright Claimant

 **Copyright Claimant:** Winona Irene
 3235 Chadwick Dr, Los Angeles, CA, 90032, United States

## Certification

 **Name:** Daniel Lachman
 **Date:** May 13, 2025

 **Copyright Office notes:** Basis for Registration: Pictorial, Graphic and Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-220**

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
July 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Lucy Hair Claw |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | May 05, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Winona Irene |
  | **Author Created:** | sculpture |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Winona Irene |
| | 3235 Chadwick Dr, Los Angeles, CA, 90032, United States |

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | May 13, 2025 |

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Pictorial features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-173

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** Pretty Kitty Claw

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 27, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Winona Irene
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Winona Irene
3235 Chadwick Dr, Los Angeles, CA, 90032, United States

## Certification

**Name:** Daniel Lachman
**Date:** May 13, 2025

**Copyright Office notes:** Basis for Registration: Pictorial, Graphic and Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-450-178**

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
June 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Snail Claw |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 27, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Winona Irene |
  | **Author Created:** | sculpture |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Winona Irene<br>3235 Chadwick Dr, Los Angeles, CA, 90032, United States |

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | May 13, 2025 |

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Pictorial, Graphic and Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-461-470

**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
September 08, 2025



## Title

| | |
|---|---|
| **Title of Work:** | Sorrel Flower Hair Claw |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 07, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Winona Irene |
| **Author Created:** | sculpture |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Winona Irene |
| | 3235 Chadwick Dr, Los Angeles, CA, 90032, United States |

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | May 13, 2025 |

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Pictorial features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-461-914**
**Effective Date of Registration:**
May 13, 2025
**Registration Decision Date:**
September 09, 2025



## Title

| | |
|---|---|
| Title of Work: | Sun and Stars Claw |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | May 27, 2022 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Winona Irene |
| Author Created: | sculpture |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Winona Irene |
| | 3235 Chadwick Dr, Los Angeles, CA, 90032, United States |

## Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | May 13, 2025 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Graphic, pictorial and/or sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |