IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Winona Irene ) | |
| ) | Case No. 25-cv-14742 |
| v. ) | |
| ) | Judge: Hon. April M. Perry |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order on an action arising out of Copyright Infringement under the Federal Copyright Act, 17 U.S.C. §504. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: January 21, 2026        Respectfully submitted,


By:   s/David Gulbransen/
        David Gulbransen
        Attorney of Record

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com